Carrie R. Kurzon (CK-2481)
The Ottinger Firm, P.C.
19 Fulton Street, Suite 400
New York, NY 10038
(212) 571-2000
(212) 571-0505 (fax)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
DENNIS AHLGRIM, TINA SHEPPARD and
AHLGRIM SHEPPARD, INC.

Docket No.: 07-CV-4002 RJH

          Plaintiffs,

**ECF CASE**

   -against-

**COMPLAINT**

DWAYNE FLINCHUM, and
IRIDIUM GROUP, INC.,
              Defendants.
----------------------------------------------------x

      Plaintiffs Dennis Ahlgrim, Tina Sheppard, and Ahlgrim Sheppard, Inc. ("Plaintiffs"), by

their attorneys, The Ottinger Firm, P.C., for their Complaint against Dwayne Flinchum, and

Iridium Group, Inc., (Defendants") allege as follows:

### JURISDICTION AND VENUE

      1.     This is an action for violations of the Anti-Cybersquatting Consumer Protection

Act, Section 43(d) of the Lanham Act, 15 USC §1125(d); unfair competition and false

designation of origin under §43(a) of the Lanham Act, 15 USC §1125(a); unfair competition

under New York State Law; violation of §349 of the New York General Business Law; and

violations of Section 50 and 51 of the New York Civil Rights Law.  Plaintiffs seek an order

directing the transfer of the domain names below and all other similar and/or confusing domain

names, permanent injunctive relief, and an award of money damages and attorneys' fees based

1

on Defendants' wrongful conduct.

2.    This Court has original jurisdiction over Plaintiffs' federal claims pursuant to 28 USC §1331 and 1338 and 15 USC § 1121. This Court has supplemental jurisdiction pursuant to 28 USC §§1338 and 1367 with respect to Plaintiffs' claims arising under the laws of the State of New York, including those arising under the New York General Business Law and New York Civil Rights Law.

3.    Venue is proper in this district pursuant to 28 USC §1391 because this is an action brought pursuant to the Lanham Act, Plaintiffs' claims arise in this district, a substantial part of the events giving rise to the claims occurred in this district and Defendants do business within this district and reside in this district.

4.    This Court has personal jurisdiction over Defendants because they are present in this district, reside in this district, and engage in substantial business within this district.

## THE PARTIES

5.    Plaintiff Dennis Ahlgrim is a former employee of Defendant Iridium Group, Inc., and resides in Brooklyn, New York.

6.    Plaintiff Tina Sheppard is a former employee of Defendant Iridium Group, Inc., and resides in New York, New York.

7.    Plaintiff Ahlgrim Sheppard Inc., is a New York corporation.

8.    Upon information and belief, Defendant Dwayne Flinchum ("Flinchum") is President and CEO of Iridium.

9.    Upon information and belief, Defendant Iridium Group, Inc., is a New York corporation, with its principal place of business in New York, New York.

2

## FACTS

10.    Plaintiff Dennis Ahlgrim was employed by Iridium Group, Inc., from December, 2001, through February, 2007.

11.    Plaintiff Tina Sheppard was employed by Iridium Group, Inc., from February, 2006, through February, 2007.

12.    On December 23, 2006, Plaintiffs Ahlgrim and Sheppard purchased the domain name www.ahlgrimsheppard.com.

13.    Plaintiffs Ahlgrim and Sheppard started a strategic visual communication business, called "Ahlgrim Sheppard" and as part of that business, on March 8, 2007, Plaintiffs Ahlgrim and Sheppard incorporated the name Ahlgrim Sheppard Inc.

14.    On or about March 28, 2007, Plaintiffs Ahlgrim and Sheppard were sued by Defendant Iridium for alleged breach of contract, in Supreme Court, New York County, Index No. 601024/07.

15.    On April 23, 2007, Plaintiffs Ahlgrim and Sheppard answered and counterclaimed.

16.    On May 5, 2007, Plaintiffs Ahlgrim and Sheppard found out that on or about April 11, 2007, the Defendants, or people acting on their behalf, registered over ten domain names, all containing Plaintiffs' names. Annexed hereto as Exhibit "A" are true and correct copies of representative examples of "Whois" records of domain names owned by Defendants and annexed hereto as Exhibit "B" are true and correct copies of web pages and screenshots of the Defendants' website that appears when any of the above domain names are entered.

17.    The Defendants had no authorization to use Plaintiffs names, nor to register or use

3

domain names confusingly similar to Plaintiffs' name.

18.    Upon information and belief, Defendants have trafficked in the above referenced domain names.

19.    Some of the domain names ("domain names") purchased include:

http://www.dennisahlgrim.com/
http://www.ahlgrimdesign.com/
http://www.sheppard-ahlgrim.com/
http://www.sheppardahlgrim.com/
http://www.ahlgrim-sheppard.com/
http://www.ahlgrimsheppard.net/
http://www.ahlgrimsheppard.org/
http://www.ahlgrimshepparddesign.com/
http://www.tinashepparddesign.com/
http://www.dennisahlgrimdesign.com

20.    Anyone typing the above mentioned domain names into a computer are automatically diverted to Iridium's website (http://www.ir77.com/).

21.    Upon information and belief, the above list is not exhaustive.  Rather, Defendants, or third parties acting on their behalf, have registered other similar names that Plaintiffs are unaware of.

## FIRST CAUSE OF ACTION
### BAD FAITH REGISTRATION OF DOMAIN NAME
### AND CYBERSQUATTING (15 USC §1125(d))

22.    Plaintiffs repeat, reiterate and reallege each and every allegation set forth in paragraphs "1" through "19" with the same force and effect as if the same were set forth herein.

23.    Defendants registered the domain names with a bad faith intent to exploit the goodwill of the Plaintiffs, in violation of the Anticybersquatting Consumer Protection Act, Section 43(d) of the Lanham Act, 15 USC §1125(d).

4

24.    Upon information and belief, the domain names--- were registered by Defendants or a third party acting on Defendants' behalf with knowledge of Plaintiffs' rights to their names.

25.    Upon information and belief, Defendants have acted with the bad faith intent to profit (within the meaning of Section 43(d) of the Lanham Act) from the distinctive names of the Plaintiffs by directly diverting all traffic to Iridium's website.

26.    The registration and/or use of the domain name thus constitutes acts of cyberpiracy in violation of Section 43(d) of the Lanham Act,15 USC §1125(d).

27.    Defendants' willful conduct in registering domain names that are identical to and/or confusingly similar to and/or dilutive of Plaintiffs' mark, with the bad faith intent to profit from said domain names, constitutes unlawful cybersquatting in violation of Section 43(d) of the Lanham Act,15 USC §1125(d).

28.    Such conduct on the part of Defendants has caused and will continue to cause irreparable injury to Plaintiffs, for which Plaintiffs have no adequate remedy at law.

<u>SECOND CAUSE OF ACTION</u>
**FOR RELIEF FOR FEDERAL UNFAIR COMPETITION, FALSE DESCRIPTION AND FALSE DESIGNATION OF ORIGIN (15 USC §1125(a))**

29.    Plaintiffs repeat, reiterate and reallege each and every allegation set forth in paragraphs "1" through "28" with the same force and effect as if the same were set forth herein.

30.    Internet users presented with the domain names mentioned above will associate the domain names and/or web page with Plaintiffs and are likely to be confused and believe that Plaintiffs have authorized the registration of the domain names or have endorsed or are otherwise associated with Defendants' website accessed through the domain name and redirected to Defendants' website.

31.    The domain names are deceptive, not only because they contain the names of the

5

Plaintiffs but because they automatically redirect all traffic to Iridium's website.

32.    By the acts described above, the domain names are being used in unfair competition in violation of 15 USC §1125(a).

**THIRD CAUSE OF ACTION**
**COMMON LAW UNFAIR COMPETITION**

33.    Plaintiffs repeat, reiterate and reallege each and every allegation set forth in paragraphs "1" through "32" with the same force and effect as if the same were set forth herein.

34.    Defendants' unauthorized use of the domain names is with the intent to confuse the public and to trade on the goodwill embodies in Plaintiffs' names.

35.    Defendants' unauthorized use of the Plaintiffs' names and confusingly similar variations thereof, in connection with their website constitutes unfair competition because such use is (a) designed and intended to confuse and mislead potential and actual clients of Plaintiffs; (b) subjects Plaintiffs unwillingly to be associated by clients with Defendants' services or goods without any ability for Plaintiffs to supervise and control the nature or quality thereof; (c) is a willful taking of the goodwill and reputation created by Plaintiffs' efforts, without contribution by Defendants; (d) prevents Plaintiffs from using their well known names and variations thereto, for an internet domain name; and (e) enriches Defendants at Plaintiffs' expense.  Defendants' conduct is likely to cause confusion as to the origin and source of their services and will cause the public to believe that Defendants' services originate with or are otherwise authorized by Plaintiffs, or that Plaintiffs and Defendants are somehow affiliated or related.

36.    By reason of the foregoing, Defendants have willfully violated and are continuing to violate Plaintiffs' rights under New York common law.  Defendants' conduct is causing irreparable injury to Plaintiffs, and to their goodwill and reputation and will continue both to

damage Plaintiffs and deceive the public unless permanently enjoined by this Court.

## FOURTH CAUSE OF ACTION
### VIOLATION OF NEW YORK CIVIL RIGHTS §§50-51

37.    Plaintiffs repeat, reiterate and reallege each and every allegation set forth in paragraphs "1" through "36" with the same force and effect as if the same were set forth herein.

38.    By reason of the foregoing, Defendants' unlawful conduct constitutes the willful use of Plaintiffs' names, for commercial or trade purposes, without permission in violation of N.Y. Civ. Rights Law §§50-51.

39.    Such conduct on the part of the Defendants has caused and will continue to cause irreparable injury to the Plaintiffs, for which Plaintiffs have no adequate remedy at law.

40.    Defendant used Plaintiffs names, for purposes of trade or advertising, without Plaintiffs' written consent. Such conduct on the part of Defendants has caused and will continue to cause irreparable injury to Plaintiffs, for which Plaintiffs have no adequate remedy at law.

## FIFTH CAUSE OF ACTION
### NEW YORK GENERAL BUSINESS LAW §349

41.    Plaintiffs repeat, reiterate and reallege each and every allegation set forth in paragraphs "1" through "40" with the same force and effect as if the same were set forth herein.

42.    By reason of the foregoing, Defendants' willful conduct as alleged above constitutes deceptive acts and practices in the conduct of its business, in violation of §349 of the General Business Law of the State of New York.

43.    Such conduct on the part of Defendants has caused and will continue to cause irreparable injury to Plaintiffs, for which Plaintiffs have no adequate remedy at law.

7

**WHEREFORE,** Plaintiffs respectfully request that this Court enter a judgment against Defendants as follows:

1. That Defendants and any applicable domain name registrar or registry be ordered to transfer to Plaintiffs all domain names registered by Defendants that are confusingly similar to the Plaintiffs' names, within 15 days of entry of judgment;

2. That Defendants and their officers, agents, servants, employees, attorneys, successors, affiliates and assigns and all those persons in active concert or participation with all or any of them, who receive notice of this judgment, be permanently enjoined and restrained from;

      (a)    using or authorizing any third party to use any trademark, service mark, domain name, keyword, business name or trade name consisting in whole or in part of the Plaintiffs' names;

      (b)    making or displaying any statement or representation that is likely to lead the public or trade to believe that Defendants' services or internet websites are in any manner associated or affiliated with or approved, endorsed, licensed, sponsored, authorized or franchised by or are otherwise connected to Plaintiffs;

      (c)    engaging in any other activity constituting unfair competition with Plaintiffs; and

      (d)    aiding, assisting, or abetting any other party in doing any act prohibited by sub-paragraph (a) through (d)

3. That Defendants will within ten (10) days pending entry of this Order produce a complete and accurate list of all domain names, trademark and service mark applications, and

8

trademark and service mark registrations owned or held by Defendants or their Affiliates containing Plaintiffs' names or confusingly similar thereto.

4. That Defendants file with the Court and serve on Plaintiffs' counsel within thirty (30) days of the entry of judgment a report in writing under oath setting forth in detail the manner and form in which Defendants' have complied with the requirements of this injunction and Order.

5. That Defendants be ordered to account to Plaintiffs for all gains, profits, savings and advantages realized by Defendants from their acts complained of above.

6. That Defendants be ordered to pay over to Plaintiffs damages, including all the gains, profits, savings and advantages realized by Defendants from their acts of cyberpiracy, and unfair competition.

7. That, if Plaintiffs so elect, Defendants be ordered to pay Plaintiffs statutory damages in the amount of $100,000 for each infringing or dilutive domain name registered in bad faith by the Defendants.

8. That Plaintiffs be awarded three times the amount of its actual damages incurred by reason of the facts and occurrences alleged herein.

9. That Defendants be ordered to pay Plaintiffs such exemplary damages as the Court finds appropriate.

10. That Plaintiffs be awarded its costs and disbursements in this action, including reasonable attorneys fees.

11. That Plaintiffs be awarded interest, including pre-judgment interest , on the foregoing sums.

9

12. That Plaintiffs be awarded such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury as to all issues so triable.

Dated: May 22, 2007

Respectfully submitted,

Carrie R. Kurzon (CK-2481)
The Ottinger Firm, P.C.
19 Fulton Street, Suite 400
New York, NY 10038
(212) 571-2000
(212) 571-0505 (fax)
Attorneys Plaintiffs
Dennis Ahlgrim, Tina Sheppard and
Ahlgrim Sheppard, Inc.

**EXHIBIT A**



Post a Job on Monster 

# WHOIS RESULTS



**OPEN** **Rewards add up faster** **APPLY NOW** GET A DECISION IN 60 SECONDS 

Earn 100,000 points or more in your first year • Save on everyday purchases • First year fee-free - a savings of $125

| Do another . WHOIS lookup | Backorder this name |
| --- | --- |

**RESOURCES & SERVICES**

### Is the domain name you want below?
We'll help you find a great alternative. ▒▒

 **Choose r.Protect** to hide the contact information below from public view

**Access Your PC from Anywhere.**


Protect Personal Assets

The data in Register.com's WHOIS database is provided to you by Register.com for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. Register.com makes this information available "as is," and does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; or (2) enable high volume, automated, electronic processes that apply to Register.com (or its systems). The compilation, repackaging, dissemination or other use of this data is expressly prohibited without the prior written consent of Register.com. Register.com reserves the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.


**EDIT YOUR SITE YOURSELF**
edit.com

**Online Meetings Made Easy**


Promote YOUR Business
MyTollFreeNumber.com

Registrant:
Domain Discreet
ATTN: dennisahlgrim.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Email: 7d3f06cc0a1e672a014fc173d3c51b7e@domaindiscreet.com

Registrar Name....: REGISTER.COM, INC.

Registrar Whois...: whois.register.com
Registrar Homepage: www.register.com

Domain Name: dennisahlgrim.com

Created on..............: Wed, Apr 11, 2007
Expires on..............: Fri, Apr 11, 2008
Record last updated on..: Fri, May 04, 2007

Administrative Contact:
Domain Discreet
ATTN: dennisahlgrim.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d3f06cb0a1e672a00103edbae334e3e@domaindiscreet.com

Technical Contact:
Domain Discreet
ATTN: dennisahlgrim.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d3f06cd0a1e672a00697020f67566b0@domaindiscreet.com

DNS Servers:

vanderbilt.datagram.com
vandam.datagram.com
vestry.datagram.com
vesey.datagram.com


Visit AboutUs.org for more information about dennisahlgrim.com

AboutUs: dennisahlgrim.com

Register your domain name at http://www.register.com


| Do.another WHOIS lookup | Backorder this name |
| --- | --- |

NOTE: Private Domain Registration is available for .com, .net, .org, .biz, .tv, .cc, .info and .mobi domain names only.

Whois Domain Name Lookup at Register.com | Find Who Registered a Website                                                              05/18/2007 04:56 PM

 **register** **.com°**
grow your business online. handholding included.

  **ONLINE**

## WHOIS RESULTS

**OPEN** FOR BUSINESS    **Rewards add up faster** **APPLY NOW** GET A DECISION IN 60 SECONDS

Earn 100,000 points or more in your first year • Save on everyday purchases • First year fee-free - a savings of $125

| Do another WHOIS lookup | Backorder this name |
|---|---|

**RESOURCES & SERVICES**

### Is the domain name you want below?
We'll help you find a great alternative.

 **Choose r.Protect** to hide the contact information below from public view


GoToMyPC
TRY IT NOW
FREE
CLICK HERE


Maximize Tax Savings

EDIT YOUR SITE YOURSELF
edit.com

The data in Register.com's WHOIS database is provided to you by Register.com for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. Register.com makes this information available "as is," and does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; or (2) enable high volume, automated, electronic processes that apply to Register.com (or its systems). The compilation, repackaging, dissemination or other use of this data is expressly prohibited without the prior written consent of Register.com. Register.com reserves the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.

**Online Meetings**
**Made Easy**


Promote YOUR Business
MyTollFreeNumber.com
CLICK HERE

Registrant:
Domain Discreet
ATTN: ahlgrimdesign.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Email: 7d3d7d720a1e672a005b4625ab2a6cec@domaindiscreet.com

Registrar Name....: REGISTER.COM, INC.

Registrar Whois...: whois.register.com
Registrar Homepage: www.register.com

Domain Name: ahlgrimdesign.com

Created on..............: Wed, Apr 11, 2007
Expires on..............: Fri, Apr 11, 2008
Record last updated on..: Fri, May 04, 2007

Administrative Contact:
Domain Discreet
ATTN: ahlgrimdesign.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d3d7d720a1e672a0109ebf6ac2e04d1@domaindiscreet.com

Technical Contact:
Domain Discreet
ATTN: ahlgrimdesign.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d3d7d730a1e672a0025dd7573a4a283@domaindiscreet.com

DNS Servers:

vanderbilt.datagram.com
vandam.datagram.com
vestry.datagram.com
vesey.datagram.com


Visit AboutUs.org for more information about ahlgrimdesign.com

AboutUs: ahlgrimdesign.com

Register your domain name at http://www.register.com


| ·Do another    |      | Backorder |
| WHOIS lookup |      | this name |


**NOTE:** Private Domain Registration is available for .com, .net, .org, .biz, .tv, .cc, .info and .mobi domain names only.

Whois Domain Name Lookup at Register.com | Find Who Registered a Website                    05/18/2007 04:58 PM



grow your business online. handholding included.



# WHOIS RESULTS



**97,455**
**Rewards add up faster**    APPLY NOW    GET A DECISION IN 60 SECONDS

OPEN FOR BUSINESS

Do another
WHOIS lookup

Backorder
this name

## RESOURCES & SERVICES

__Is the domain name you want below?__
We'll help you find a great
alternative. ▪▪▪▪

 **Choose r.Protect** to
hide the
contact information
below
from public view


GoToMyPC
TRY IT NOW
FREE
CLICK HERE


Protect
Personal
Assets


EDIT YOUR SITE
YOURSELF
edit.com




Let YOUR
Toll-Free #
Tell YOUR Story
MyTollFreeNumber.com

The data in Register.com's WHOIS database is provided to you by
Register.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record. Register.com makes this information available "as is," and
does not guarantee its accuracy. By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone; or (2) enable high volume, automated, electronic processes
that apply to Register.com (or its systems). The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of Register.com.
Register.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

Registrant:
Domain Discreet
ATTN: sheppard-ahlgrim.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Email: 7d3d7fe10a1e672a00d4597145d83b1b@domaindiscreet.com

Registrar Name....: REGISTER.COM, INC.

Registrar Whois...: whois.register.com
Registrar Homepage: www.register.com

Domain Name: sheppard-ahlgrim.com

Created on..............: Wed, Apr 11, 2007
Expires on..............: Fri, Apr 11, 2008
Record last updated on..: Fri, May 04, 2007

Administrative Contact:
Domain Discreet
ATTN: sheppard-ahlgrim.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d3d7fe00a1e672a004a29c312619e4d@domaindiscreet.com

Technical Contact:
Domain Discreet
ATTN: sheppard-ahlgrim.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d3d7fe10a1e672a00619f246504e768@domaindiscreet.com

DNS Servers:

vanderbilt.datagram.com
vandam.datagram.com
vestry.datagram.com
vesey.datagram.com


Visit AboutUs.org for more information about sheppard-ahlgrim.com

**AboutUs: sheppard-ahlgrim.com**

Register your domain name at http://www.register.com


| Do another   ·  |     | Backorder   ·  |
| WHOIS lookup |     | this name    |


**NOTE:** Private Domain Registration is available for .com, .net, .org, .biz, .tv, .cc,
.info and .mobi domain names only.

Whois Domain Name Lookup at Register.com | Find Who Registered a Website                                    05/18/2007 04:59 PM




# register.com®

grow your business online. handholding included.

## WHOIS RESULTS



825 **Starwood** Hotels and Resorts
95 Countries 365 Days

OPEN

| Do another. WHOIS lookup | | Backorder this name |

**RESOURCES & SERVICES**

**Is the domain name you want below?**
We'll help you find a great alternative.

 **Choose r.Protect to hide the contact information below from public view**

**Access Your PC from Anywhere.**


Incorporate Now


EDIT YOUR SITE YOURSELF
edit.com

The data in Register.com's WHOIS database is provided to you by Register.com for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. Register.com makes this information available "as is," and does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; or (2) enable high volume, automated, electronic processes that apply to Register.com (or its systems). The compilation, repackaging, dissemination or other use of this data is expressly prohibited without the prior written consent of Register.com. Register.com reserves the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.


GoToMeeting
TRY IT FREE

Promote YOUR Business
MyTollFreeNumber.com

Registrant:
Domain Discreet
ATTN: sheppardahlgrim.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Email: 7d3d80990a1e672a004a32b4b92ac26d@domaindiscreet.com

Registrar Name....: REGISTER.COM, INC.

Registrar Whois...: whois.register.com
Registrar Homepage: www.register.com

Domain Name: sheppardahlgrim.com

Created on..............: Wed, Apr 11, 2007
Expires on..............: Fri, Apr 11, 2008
Record last updated on..: Fri, May 04, 2007

Administrative Contact:
Domain Discreet
ATTN: sheppardahlgrim.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d3d80980a1e672a012bb96a8b1ddc2d@domaindiscreet.com

Technical Contact:
Domain Discreet
ATTN: sheppardahlgrim.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d3d80990a1e672a01daad5726494e8a@domaindiscreet.com

DNS Servers:

vanderbilt.datagram.com
vandam.datagram.com
vestry.datagram.com
vesey.datagram.com

Visit AboutUs.org for more information about sheppardahlgrim.com

**AboutUs: sheppardahlgrim.com**

Register your domain name at http://www.register.com

| Do another · WHOIS lookup | | Backorder this name |
|---|---|---|

**NOTE:** Private Domain Registration is available for .com, .net, .org, .biz, .tv, .cc, .info and .mobi domain names only.



**No collar**

# WHOIS RESULTS



**5 4 . 0** No matter how high this goes

**OPEN** FOR BUSINESS

| Do another WHOIS lookup | Backorder this name |
|---|---|

**RESOURCES & SERVICES**

**Is the domain name you want below?**
We'll help you find a great alternative. 〔more〕

**Choose r.Protect to hide the contact information below from public view**


GoToMyPC TRY IT NOW **FREE** CLICK HERE


Incorporate Now


EDIT YOUR SITE YOURSELF **edit.com**


GoToMeeting TRY IT **FREE**


Promote YOUR Business MyTollFreeNumber.com

The data in Register.com's WHOIS database is provided to you by Register.com for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. Register.com makes this information available "as is," and does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; or (2) enable high volume, automated, electronic processes that apply to Register.com (or its systems). The compilation, repackaging, dissemination or other use of this data is expressly prohibited without the prior written consent of Register.com. Register.com reserves the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.

Registrant:
Domain Discreet
ATTN: ahlgrim-sheppard.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Email: 7d331f800a1e672a00e15087c71f0835@domaindiscreet.com

Registrar Name....: REGISTER.COM, INC.

Whois Domain Name Lookup at Register.com | Find Who Registered a Website                    05/18/2007 04:59 PM

Registrar Whois...: whois.register.com
Registrar Homepage: www.register.com

Domain Name: ahlgrim-sheppard.com

Created on..............: Wed, Apr 11, 2007
Expires on..............: Fri, Apr 11, 2008
Record last updated on..: Fri, May 04, 2007

Administrative Contact:
Domain Discreet
ATTN: ahlgrim-sheppard.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d331f7f0a1e672a00d513b2290b4db9@domaindiscreet.com

Technical Contact:
Domain Discreet
ATTN: ahlgrim-sheppard.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d331f800a1e672a019990bc975d82c3@domaindiscreet.com

DNS Servers:

vanderbilt.datagram.com
vandam.datagram.com
vestry.datagram.com
vesey.datagram.com


Visit AboutUs.org for more information about ahlgrim-sheppard.com

AboutUs: ahlgrim-sheppard.com

Register your domain name at http://www.register.com


| ·Do another· | | Backorder |
| WHOIS lookup | | this name |


**NOTE:** Private Domain Registration is available for .com, .net, .org, .biz, .tv, .cc,
.info and .mobi domain names only.

# register.com®
grow your business online. handholding included.



## WHOIS RESULTS







**Do another WHOIS lookup**   **Backorder this name**

## RESOURCES & SERVICES

**Is the domain name you want below?**
We'll help you find a great alternative.

**Choose r.Protect to hide the contact information below from public view**

**Access Your PC from Anywhere.**





The data in Register.com's WHOIS database is provided to you by Register.com for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. Register.com makes this information available "as is," and does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; or (2) enable high volume, automated, electronic processes that apply to Register.com (or its systems). The compilation, repackaging, dissemination or other use of this data is expressly prohibited without the prior written consent of Register.com. Register.com reserves the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.





Registrant:
Domain Discreet
ATTN: ahlgrimsheppard.net
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Email: 813334950a1e67280165ec980b95e29d@domaindiscreet.com

Registrar Name....: REGISTER.COM, INC.

Registrar Whois...: whois.register.com
Registrar Homepage: www.register.com

Domain Name: ahlgrimsheppard.net

Created on..............: Thu, Apr 12, 2007
Expires on..............: Sat, Apr 12, 2008
Record last updated on..: Sat, May 05, 2007

Administrative Contact:
Domain Discreet
ATTN: ahlgrimsheppard.net
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 813334930a1e672801b8f6ccf467cd45@domaindiscreet.com

Technical Contact:
Domain Discreet
ATTN: ahlgrimsheppard.net
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 813334960a1e6728014f24103fb72b5e@domaindiscreet.com

DNS Servers:

vanderbilt.datagram.com
vandam.datagram.com
vestry.datagram.com
vesey.datagram.com


Visit AboutUs.org for more information about ahlgrimsheppard.net

AboutUs: ahlgrimsheppard.net

Register your domain name at http://www.register.com


| Do another WHOIS lookup | Backorder this name |

**NOTE:** Private Domain Registration is available for .com, .net, .org, .biz, .tv, .cc, .info and .mobi domain names only.

Whois Domain Name Lookup at Register.com | Find Who Registered a Website                    05/18/2007 05:02 PM

# register.com®
grow your business online. handholding included.



PINPOINT
THE RIGHT CANDIDATE

monster

## WHOIS RESULTS


OPEN
FOR BUSINESS

## AN OFFER AS
## GOOD AS GOLD



• FIRST YEAR FEE-FREE
  – A SAVINGS OF $125

APPLY NOW
GET A DECISION
IN 60 SECONDS

Do·another
WHOIS lookup

Backorder
this name

**RESOURCES &
SERVICES**


GoToMyPC
TRY IT NOW
FREE
CLICK HERE

## Is the domain name you want below?
We'll help you find a great alternative. ▪▪▪

**Choose r.Protect** to hide the **contact information below from public view**


Maximize
Tax
Savings


EDIT YOUR SITE
YOURSELF
edit.com

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations. All rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

**Online Meetings
Made Easy**


Promote
YOUR
Business
MyTollFreeNumber.com

Domain ID:D143486180-LROR
Domain Name:AHLGRIMSHEPPARD.ORG

Created On:12-Apr-2007 20:34:48 UTC
Last Updated On:13-May-2007 06:37:51 UTC
Expiration Date:12-Apr-2008 20:34:48 UTC
Sponsoring Registrar:Register.com Inc. (R71-LROR)
Status:CLIENT TRANSFER PROHIBITED
Status:TRANSFER PROHIBITED
Registrant ID:9468674283916122
Registrant Name:Domain Discreet
Registrant Organization:ATTN: ahlgrimsheppard.org
Registrant Street1:P.O. Box 278
Registrant Street2:
Registrant Street3:
Registrant City:Yarmouth
Registrant State/Province:NS
Registrant Postal Code:B5A 4B2
Registrant Country:CA
Registrant Phone:+1.9027495331
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant
Email:842836010a1e6729000233d40bc71815@domaindiscreet.com
Admin ID:7420946283605619
Admin Name:Domain Discreet
Admin Organization:ATTN: ahlgrimsheppard.org
Admin Street1:P.O. Box 278
Admin Street2:
Admin Street3:
Admin City:Yarmouth
Admin State/Province:NS
Admin Postal Code:B5A 4B2
Admin Country:CA
Admin Phone:+1.9027495331
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin
Email:842836000a1e6729011520141275c10b@domaindiscreet.com
Tech ID:3138915283b6c266
Tech Name:Domain Discreet
Tech Organization:ATTN: ahlgrimsheppard.org
Tech Street1:P.O. Box 278
Tech Street2:
Tech Street3:
Tech City:Yarmouth
Tech State/Province:NS
Tech Postal Code:B5A 4B2
Tech Country:CA
Tech Phone:+1.9027495331
Tech Phone Ext.:

Tech FAX:
Tech FAX Ext.:
Tech Email:842836020a1e6729010cd287ffc28ed2@domaindiscreet.com
Name Server:VESTRY.DATAGRAM.COM
Name Server:VANDAM.DATAGRAM.COM
Name Server:VESEY.DATAGRAM.COM
Name Server:VANDERBILT.DATAGRAM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

| Do another WHOIS lookup | Backorder this name |
|---|---|

**NOTE:** Private Domain Registration is available for .com, .net, .org, .biz, .tv, .cc, .info and .mobi domain names only.

# register .com®

grow your business online. handholding included.



monster    **Buy in Bulk**

## WHOIS RESULTS



**OPEN** FOR BUSINESS    **AN OFFER AS GOOD AS GOLD**    • **EARN 100,000 POINTS OR MORE IN YOUR FIRST YEAR**    **APPLY NOW** GET A DECISION IN 60 SECONDS



| Do another WHOIS lookup |   | Backorder this name |

**RESOURCES & SERVICES**

## Is the domain name you want below?

We'll help you find a great alternative.

 **Choose r.Protect** to hide the contact information below from public view

**Access Your PC from Anywhere.**


Incorporate Now


EDIT YOUR SITE YOURSELF
edit.com

The data in Register.com's WHOIS database is provided to you by Register.com for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. Register.com makes this information available "as is," and does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; or (2) enable high volume, automated, electronic processes that apply to Register.com (or its systems). The compilation, repackaging, dissemination or other use of this data is expressly prohibited without the prior written consent of Register.com. Register.com reserves the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.


GoToMeeting TRY IT FREE


Promote YOUR Business
MyTollFreeNumber.com

Registrant:
Domain Discreet
ATTN: ahlgrimshepparddesign.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Email: 7d3f060e0a1e672a01a97115e3db9b1a@domaindiscreet.com

Registrar Name....: REGISTER.COM, INC.

Registrar Whois...: whois.register.com
Registrar Homepage: www.register.com

Domain Name: ahlgrimshepparddesign.com

Created on..............: Wed, Apr 11, 2007
Expires on..............: Fri, Apr 11, 2008
Record last updated on..: Fri, May 04, 2007

Administrative Contact:
Domain Discreet
ATTN: ahlgrimshepparddesign.com        .
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d3f060d0a1e672a0130997ec05c014c@domaindiscreet.com

Technical Contact:
Domain Discreet
ATTN: ahlgrimshepparddesign.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d3f060e0a1e672a00a3ce7478e59024@domaindiscreet.com

DNS Servers:

vanderbilt.datagram.com
vandam.datagram.com
vestry.datagram.com
vesey.datagram.com


Visit AboutUs.org for more information about
ahlgrimshepparddesign.com

## AboutUs: ahlgrimshepparddesign.com

Register your domain name at http://www.register.com


| Do another WHOIS lookup | | Backorder this name |


**NOTE:** Private Domain Registration is available for .com, .net, .org, .biz, .tv, .cc,
.info and .mobi domain names only.

Whois Domain Name Lookup at Register.com | Find Who Registered a Website                              05/18/2007 05:04 PM

# register.com•

*grow your business online. handholding included.*



## WHOIS RESULTS

 No matter how high this goes 

Do another WHOIS lookup     Backorder this name

**RESOURCES & SERVICES**



**Is the domain name you want below?**
We'll help you find a great alternative. ▪▪▪

**r Choose r.Protect to hide the contact information below from public view**





The data in Register.com's WHOIS database is provided to you by Register.com for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. Register.com makes this information available "as is," and does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; or (2) enable high volume, automated, electronic processes that apply to Register.com (or its systems). The compilation, repackaging, dissemination or other use of this data is expressly prohibited without the prior written consent of Register.com. Register.com reserves the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.

**Online Meetings Made Easy**



Registrant:
Domain Discreet
ATTN: tinasheppparddesign.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Email: 7d3d814a0a1e672a01addcca0341170a@domaindiscreet.com

Registrar Name....: REGISTER.COM, INC.

Registrar Whois...: whois.register.com
Registrar Homepage: www.register.com

Domain Name: tinasshepparddesign.com

Created on..............: Wed, Apr 11, 2007
Expires on..............: Fri, Apr 11, 2008
Record last updated on..: Fri, May 04, 2007

Administrative Contact:
Domain Discreet
ATTN: tinasshepparddesign.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d3d81490a1e672a017fdd3661a9eeb9@domaindiscreet.com

Technical Contact:
Domain Discreet
ATTN: tinasshepparddesign.com
P.O. Box 278
Yarmouth, NS B5A 4B2
CA
Phone: 1-902-7495331
Email: 7d3d814a0a1e672a00d87c6d8f2772a2@domaindiscreet.com

DNS Servers:

vanderbilt.datagram.com
vandam.datagram.com
vestry.datagram.com
vesey.datagram.com


Visit AboutUs.org for more information about tinasshepparddesign.com

**AboutUs: tinasshepparddesign.com**

Register your domain name at http://www.register.com


| Do another WHOIS lookup | | Backorder this name |
|---|---|---|


**NOTE:** Private Domain Registration is available for .com, .net, .org, .biz, .tv, .cc, .info and .mobi domain names only.

**EXHIBIT B**

**Dreaming of a Healthier Future**
Children's Hospital Boston (childrenshospital.org) is one of the nation's
largest and best hospitals specializing in pediatric care. In partnership with
IridiumGroup and McGill+Partners, CHB is planning to transform how it
communicates with doctors; other health and governmental organizations;
and patients and their families. Based on an extensive survey of their
current programs as well as the needs of these constituent groups,
IridiumGroup has created a new design system for their flagship
publication, Dream,
along with several other cornerstone communications tools.

<u>Enter</u>

IridiumGroup, Inc. 72 Madison Avenue, New York, NY 10016  Tel: 212.582.6692

Identity | Marketing | Communications
A New York Based Brand Identity, Marketing,
Advertising and Communications Agency

**Dreaming of a Healthier Future**
Children's Hospital Boston (childrenshospital.org) is one of the nation's
largest and best hospitals specializing in pediatric care. In partnership with
IridiumGroup and McGill+Partners, CHB is planning to transform how it
communicates with doctors; other health and governmental organizations;
and patients and their families. Based on an extensive survey of their
current programs as well as the needs of these constituent groups,
IridiumGroup has created a new design system for their flagship
publication, Dream,
along with several other cornerstone communications tools.

Enter

IridiumGroup, Inc. 72 Madison Avenue, New York, NY 10016  Tel: 212.582.6692

**Identity | Marketing | Communications**
A New York Based Brand Identity, Marketing,
Advertising and Communications Agency

**Dreaming of a Healthier Future**
Children's Hospital Boston (childrenshospital.org) is one of the nation's largest and best hospitals specializing in pediatric care. In partnership with IridiumGroup and McGill+Partners, CHB is planning to transform how it communicates with doctors; other health and governmental organizations; and patients and their families. Based on an extensive survey of their current programs as well as the needs of these constituent groups, IridiumGroup has created a new design system for their flagship publication, Dream,
along with several other cornerstone communications tools.

Enter

IridiumGroup, Inc. 72 Madison Avenue. New York, NY 10016  Tel: 212.582.8692

**Identity | Marketing | Communications**
A New York Based Brand Identity, Marketing,
Advertising and Communications Agency

Iridium Group :: Branding, Marketing, Advertising, Communications, Design Agency, New York                    05/18/2007 04:59 PM

**Dreaming of a Healthier Future**
Children's Hospital Boston (childrenshospital.org) is one of the nation's
largest and best hospitals specializing in pediatric care. In partnership with
IridiumGroup and McGill+Partners, CHB is planning to transform how it
communicates with doctors; other health and governmental organizations;
and patients and their families. Based on an extensive survey of their
current programs as well as the needs of these constituent groups,
IridiumGroup has created a new design system for their flagship
publication, Dream,
along with several other cornerstone communications tools.

Enter

IridiumGroup, Inc. 72 Madison Avenue, New York, NY 10016  Tel: 212.582.6692

**Identity | Marketing | Communications**
A New York Based Brand Identity, Marketing,
Advertising and Communications Agency

**Dreaming of a Healthier Future**
Children's Hospital Boston (childrenshospital.org) is one of the nation's
largest and best hospitals specializing in pediatric care. In partnership with
IridiumGroup and McGill+Partners, CHB is planning to transform how it
communicates with doctors; other health and governmental organizations;
and patients and their families. Based on an extensive survey of their
current programs as well as the needs of these constituent groups,
IridiumGroup has created a new design system for their flagship
publication, Dream,
along with several other cornerstone communications tools.

**Enter**

IridiumGroup, Inc. 72 Madison Avenue, New York, NY 10016  Tel: 212.582.6692

**Identity | Marketing | Communications**
A New York Based Brand Identity, Marketing,
Advertising and Communications Agency

**Dreaming of a Healthier Future**
Children's Hospital Boston (childrenshospital.org) is one of the nation's
largest and best hospitals specializing in pediatric care. In partnership with
IridiumGroup and McGill+Partners, CHB is planning to transform how it
communicates with doctors; other health and governmental organizations;
and patients and their families. Based on an extensive survey of their
current programs as well as the needs of these constituent groups,
IridiumGroup has created a new design system for their flagship
publication, Dream,
along with several other cornerstone communications tools.

Enter

IridiumGroup, Inc. 72 Madison Avenue, New York, NY 10016  Tel: 212.582.6592

**Identity | Marketing | Communications**
A New York Based Brand Identity, Marketing,
Advertising and Communications Agency

**Dreaming of a Healthier Future**
Children's Hospital Boston (childrenshospital.org) is one of the nation's
largest and best hospitals specializing in pediatric care. In partnership with
IridiumGroup and McGill+Partners, CHB is planning to transform how it
communicates with doctors; other health and governmental organizations;
and patients and their families. Based on an extensive survey of their
current programs as well as the needs of these constituent groups,
IridiumGroup has created a new design system for their flagship
publication, Dream,
along with several other cornerstone communications tools.

**Enter**

IridiumGroup, Inc. 72 Madison Avenue, New York, NY 10016  Tel: 212.582.6692

**Identity | Marketing | Communications**
A New York Based Brand Identity, Marketing,
Advertising and Communications Agency

**Dreaming of a Healthier Future**
Children's Hospital Boston (childrenshospital.org) is one of the nation's
largest and best hospitals specializing in pediatric care. In partnership with
IridiumGroup and McGill+Partners, CHB is planning to transform how it
communicates with doctors; other health and governmental organizations;
and patients and their families. Based on an extensive survey of their
current programs as well as the needs of these constituent groups,
IridiumGroup has created a new design system for their flagship
publication, Dream,
along with several other cornerstone communications tools.

<u>Enter</u>

IridiumGroup, Inc. 72 Madison Avenue, New York, NY 10016   Tel: 212.582.6692

**Identity | Marketing | Communications**
A New York Based Brand Identity, Marketing,
Advertising and Communications Agency

**Dreaming of a Healthier Future**
Children's Hospital Boston (childrenshospital.org) is one of the nation's
largest and best hospitals specializing in pediatric care. In partnership with
IridiumGroup and McGill+Partners, CHB is planning to transform how it
communicates with doctors; other health and governmental organizations;
and patients and their families. Based on an extensive survey of their
current programs as well as the needs of these constituent groups,
IridiumGroup has created a new design system for their flagship
publication, Dream,
along with several other cornerstone communications tools.

Enter

IridiumGroup, Inc. 72 Madison Avenue, New York, NY 10016  Tel: 212.582.6692

**Identity | Marketing | Communications**
A New York Based Brand Identity, Marketing,
Advertising and Communications Agency