**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**DENNIS AHLGRIM, TINA SHEPPARD and AHLGRIM SHEPPARD, INC.,**
        Plaintiff(s),

**JUDGE HOLWELL**
Index No. 07 CV 4002

-against-

**AFFIDAVIT OF SERVICE**

**DWAYNE FLINCHUM, and IRIDIUM GROUP, INC.,**
        Defendant(s).
-----------------------------------------------------------X

STATE OF NEW YORK  )
           S.S.:
COUNTY OF NEW YORK)

        **HECTOR FIGUEROA**, being duly sworn, deposes and says:

        I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made, and is employed by the attorney service, DLS, INC.

        That on the 24th day of May 2007, at approximately 1:15 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES' RULES AND ELECTRONIC FILING INSTRUCTIONS** upon Iridium Group, Inc. at 72 Madison Avenue, 9th Floor, New York, NY 10016, by personally delivering and leaving the same with Dwayne Flinchum, President, who informed deponent that he is an officer authorized by law to receive service at that address.

        Dwayne Flinchum is a white male, approximately 45 years of age, stands approximately 5 feet 8 inches tall, and weighs approximately 170 pounds with gray hair and light eyes.

_____
**HECTOR FIGUEROA #870141**

Subscribed and sworn to this
29th day of May, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__08