UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**DENNIS AHLGRIM, TINA SHEPPARD and**
**AHLGRIM SHEPPARD, INC.,**
          Plaintiff(s),

**JUDGE HOLWELL**
Index No. 07 CV 4002

  -against-

**AFFIDAVIT OF SERVICE**

**DWAYNE FLINCHUM, and IRIDIUM**
**GROUP, INC.,**
          Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK  )
                        S.S.:
COUNTY OF NEW YORK)

      **HECTOR FIGUEROA**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

      That on the 30th day of May 2007, at approximately the time of 1:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES' RULES AND ELECTRONIC FILING INSTRUCTIONS** upon Dwayne Flichum c/o Iridium Group, Inc. at 72 Madison Avenue, 9th Floor, New York, NY 10016, by personally delivering and leaving the same with June Kim, Senior Designer, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Dwayne Flinchum is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      June Kim is an Asian female, approximately 35 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 240 pounds with black hair and brown eyes.

      That on the 4th day of June 2007, deponent enclosed a copy of same by first class mail post paid envelope properly addressed to Dwayne Flichum c/o Iridium Group, Inc. at 72 Madison Avenue, 9th Floor, New York, NY 10016, in an official depository under the exclusive care and custody of the U. S. Postal Service within New

York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

_____
**HECTOR FIGUEROA #870141**

Sworn to before me this
5th day of **June, 2007**

_____
**NOTARY PUBLIC**

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08


