```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DENNIS AHLGRIM, : 07 Civ. 04002 (RJH)

                Plaintiff, :

    -against- : **ORDER**

FLINCHUM, et al., :

                Defendant. :

------------------------------------------------------------x

        The pretrial conference scheduled for September 14, 2007 is rescheduled to October 05, 2007, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
September 11, 2007
SO ORDERED:

                                                        Richard J. Holwell
                                                      United States District Judge