AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF  NEW YORK

DENNIS AHLGREN, TINA SHEPPARD
AND AHLGREN SHEPPARD, INC.

v.

DWAYNE FLINCHUM AND
IRIDIUM GROUP

**APPEARANCE**

Case Number: 07 CV 4002

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANTS DWAYNE FLINCHUM AND IRIDIUM GROUP

I certify that I am admitted to practice in this court.

10-5-07
Date

Signature

CHRISTOPHER BRENNAN       CB-1585
Print Name                Bar Number

570 LEXINGTON AVE, 44 FLOOR
Address

NEW YORK, N.Y.            10022
City          State       Zip Code

212-319-7600              212-319-7605
Phone Number              Fax Number