```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENNIS AHLGRIM, et al,

                Plaintiffs,              07 Civ. 04002 ( RJH )

  - against -

                                                     **ORDER**

FLINCHUM, et al

                Defendants.
------------------------------------------------------------X

        On October 5, 2007, a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court entered the following Order:

        1.    Fact discovery in this action and the parallel state proceedings shall be completed by March 30, 2008.

        2.    Expert disclosures to be completed by March 30, 2008.

        3.    Expert discovery to be completed by May 15, 2008.

        4.    A pretrial conference shall be held on April 04, 2008 at 10:00 a.m.

SO ORDERED:
Dated: New York, New York
October 5, 2007

                                                            _____
                                                             Richard J. Holwell
                                                             United States District Judge