**The Ottinger Firm, PC**

March 27, 2008



**BY FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
United States District Court House

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/2/08 |

Re:   **Re: Ahlgrim, et al v. Flinchum, et al**
       07 Civ. 04002 (RJH)

Dear Judge Holwell:

This firm represents the plaintiff's in this action. I write to request an extension of the discovery deadlines and an adjournment of the pretrial conference. This is the first request for an extension of time.

The discovery deadlines and pretrial conference dates are set forth in the attached Order dated October 5, 2007. Defendants have consented to a thirty day extension of these dates. Plaintiff, however, respectfully requests that the dates be extended by sixty days because neither party has been deposed yet and follow up discovery may be necessary. Since the federal rules allow thirty days to respond to any follow up document demands, it will be impossible to conduct follow up discovery if the dates are only extended by thirty days.

I respectfully request that the dates be extended as follows: (1) <u>fact discovery in this action and the parallel state proceeding shall be completed by May 29, 2008</u>, and (2) a <u>pretrial conference shall be held on June __, 2008</u>. The current Order contemplates deadlines for expert discovery, but at this point neither party has proposed the use of experts. If expert discovery is necessary, I respectfully request that the issue be deferred until the pretrial conference.

Application Granted
Conference to be held on 6/13/08 at 10:00 am.

Respectfully submitted,

Robert W. Ottinger

SO ORDERED

[signature]
USDJ
3/28/08

Cc: Chris Brennan (by facsimile)

South Street Seaport | 19 Fulton Street, Suite 408 | New York, New York 10038 | P 212-571-2000 | F 212-571-0505 | www.ottingerlaw.com

```
TRANSMISSION VERIFICATION REPORT

                                    TIME   : 03/27/2008 20:36
                                    NAME   : THE OTTINGER FIRM
                                    FAX    : 2125710505
                                    TEL    : 2125712000
                                    SER.#  : BROF3J490293


DATE,TIME             03/27  20:35
FAX NO./NAME          912128057948
DURATION              00:00:35
PAGE(S)               02
RESULT                OK
MODE                  STANDARD
                      ECM
```

# TELECOPY COVER SHEET
# THE OTTINGER FIRM, PC

SOUTH STREET SEAPORT
19 FULTON STREET, SUITE 400
NEW YORK, NEW YORK 10038

PHONE: (212) 571-2000
FACSIMILE: (212) 571-0505

If there is a problem with this transmission, or if all pages are not received, please contact (212) 571-2000, for retransmission

To: Hon. Richard J. Holwell   Fax: 212 805-7948
From: Robert Ottinger         Date: 3-27-08
Re: Ahlgrin v. Fletcher       Pages: 2 including cover
cc: Chris Brenna 212 319-7605

Comments: Please see attached.