```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS AHLGRIM, et al.,

                **Plaintiffs,**

      - against -

FLINCHUM, et al.,

                **Defendants.**

**ORDER**

07 Civ. 4002 (RJH) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    The above case, previously scheduled for a settlement conference on Friday, May 16, 2008, at 2:30 p.m., is adjourned to Friday, June 20, 2008, at 2:30 p.m., in courtroom 9A. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

**SO ORDERED this 15th day of May 2008**
New York, New York

                                                     _/s/ Ronald L. Ellis_
                                                     **The Honorable Ronald L. Ellis**
                                                     **United States Magistrate Judge**