UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/08

----------------------------------------------------------------x
                                                    :
DENNIS AHLGRIM,                                     :        07 Civ. 04002 (RJH)
                                                    :
                        Plaintiff,                  :
                                                    :
        -against-                                   :        **ORDER**
                                                    :
FLINCHUM, et al,                                    :
                                                    :
                                                    :
                        Defendant.                  :
                                                    :
----------------------------------------------------------------x

        The pretrial conference scheduled for June 13, 2008 is rescheduled to

July 25, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
May 19, 2008
SO ORDERED:

Richard J. Holwell
United States District Judge