

The Ottinger Firm, PC

May 16, 2008

**BY FACSIMILE (212) 805-7948**
Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
United States District Court House

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

Re:     **Ahlgrim, et al v. Flinchum, et al**
        07 Civ. 04002 (RJH)

Dear Judge Holwell:

This firm represents the plaintiffs in this action. I write to request an extension of the discovery deadline.

Because the settlement conference, originally scheduled for May 16, 2008, has been rescheduled to June 20, 2008, the parties may need additional time to conduct further discovery in the event that the case does not settle. Therefore, Plaintiffs respectfully request that the discovery deadline of May 29, 2008 be extended by sixty days to July 29, 2008. The defendant has represented that they are agreeable to this revised date.

Respectfully submitted,

Robert Ottinger /s
Robert W. Ottinger

cc: Chris Brennan (by facsimile)

Application Granted
No further extensions
Next pretrial conference
to be held on 7/25/08
at 10:00 a.m.

SO ORDERED

[signature]
USDJ
5/24/08

South Street Seaport : 19 Fulton Street, Suite 408 I New York, New York 10038 I P 212-571-2000 I F 212-571-0505 I www.ottingerlaw.com