**The Ottinger Firm, PC**



RECEIVED MAY 19 2008 CHAMBERS OF RICHARD J. HOLWELL

May 19, 2008

**BY FACSIMILE (212) 805-7948**
Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
United States District Court House

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

Re: **Ahlgrim, et al v. Flinchum, et al**
07 Civ. 04002 (RJH)

Dear Judge Holwell:

This firm represents the plaintiffs in this action. In our letter to this Court, dated May 16, 2008, we requested that the discovery deadline be extended to July 29, 2008. Plaintiffs also respectfully request that the pre-trial conference currently scheduled for June 13, 2008 be rescheduled for August 12, 2008. The defendant has represented that they are agreeable to this revised date.

So ORDERED
USDJ
5/25/08

NEXT PTC 8/12/08 AT 10:00 AM

Respectfully submitted,

Robert W. Ottinger

cc: Chris Brennan (by facsimile)

South Street Seaport | 19 Fulton Street, Suite 408 | New York, New York 10038 | P 212-571-2000 | F 212-571-0505 | www.ottingerlaw.com