UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

------------------------------------------------------------x

DENNIS AHLGRIM, et al,                :          07 Civ. 04002 (RJH)(RLE)

        Plaintiffs,            :

  -against-                         :          **ORDER OF**
                                                    :          **DISCONTINUANCE**

FLINCHUM, et al,                      :

        Defendants.            :

------------------------------------------------------------x

The parties have reported to the Court that they have reached a settlement of this matter.

Accordingly, it is hereby ORDERED that this action is discontinued without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED

Dated: New York, New York
        June 19, 2008

                                                                _____
                                                                Richard J. Holwell
                                                           United States District Judge