

**The Ottinger Firm, PC**

June 18, 2008

<u>BY FACSIMILE (212) 805-7948</u>
The Honorable Ronald L. Ellis
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

Re: Ahlgrim, et al v. Flinchum, et al
07 Civ. 04002

and

Michael Scotto v. Banc of America Specialists, Inc.
<u>07 Civ. 9508</u>

Dear Judge Ellis:

The parties write to inform the Court that a settlement has been reached in the case of Ahlgrim, et al v. Flinchum, et al. 07 Civ. 04002. The parties intend to file the necessary settlement documents with the Court within the next 14 days. In view thereof, we jointly request that the settlement conference scheduled for June 20, 2008 at 2:30 pm, be cancelled.

In place of the settlement conference scheduled for June 20, 2008, we write to request that a settlement conference be held on the case of Michael Scotto v. Banc of America Specialists, Inc. 07 Civ. 9508.

_____
Robert W. Ottinger
Attorney for Plaintiff
Michael Scotto
Dated: 6/18/08

_____
Keisha Ann Gray
Attorney for Defendant
Banc of America Specialist, Inc.
Dated: June 18, 2008

cc: Chris Brennan (by facsimile)

**SO ORDERED**
_____  6-19-08
MAGISTRATE JUDGE RONALD L. ELLIS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-19-08

South Street Seaport | 19 Fulton Street, Suite 408 | New York, New York 10038 | P 212-571-2000 | F 212-571-0505 | www.ottingerlaw.com