

The Ottinger Firm, PC



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

July 28, 2008



RECEIVED
JUL 28 2008
CHAMBERS OF
RICHARD J. HOLWELL

**BY FACSIMILE (212) 805-7948**
Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
United States District Court House

Re:  **Ahlgrim, et al v. Flinchum, et al**
     07 Civ. 04002 (RJH)

Dear Judge Holwell:

On June 18, 2008, the parties advised the Court that this matter had been settled and that the necessary settlement documents would be filed within 14 days. We asked that the Court cancel the settlement conference scheduled for June 20, 2008. Unfortunately, the parties have not been able to reach an agreement. Therefore, I respectfully withdraw my letter of June 18, 2008 and request that another settlement conference be scheduled any day during the week of August 11th except the morning of the 12th.

Respectfully submitted,

*Robert Ottinger/ps*
Robert Ottinger

cc: Chris Brennan (via Fax – 212-319-7605)

A settlement conference shall be held on September 4, 2008 at 10:00 a.m.

SO ORDERED

*[signature]*
USDJ
8/7/08

South Street Seaport | 19 Fulton Street, Suite 408 | New York, New York 10038 | P 212-571-2000 | F 212-571-0505 | www.ottingerlaw.com