UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS AHLGRIM, TINA SHEPPARD and
AHLGRIM SHEPPARD, INC.,

                                          Plaintiffs,

-against-

DWAYNE FLINCHUM, and
IRIDIUM GROUP, INC.,

                                          Defendants.

---

CV-07-04002 (RJH)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective attorneys, that plaintiff's complaint and all claims therein be and hereby are dismissed with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorney's fees to either party.

| | |
|---|---|
| THE OTTINGER FIRM, P.C.<br>Attorneys for Plaintiff | ZIEGLER, ZIEGLER & ASSOCIATES, LLP<br>Attorneys for Defendant |
| By: _____<br>      Robert W. Ottinger, Esq. | By: _____<br>      Christopher Brennan, Esq. |
| South Street Seaport<br>19 Fulton Street, Suite 408<br>New York, New York 10038<br>212.571.2000 | 570 Lexington Avenue, 44th Floor<br>New York, New York 10022<br>212.319.7600 |
| Dated: 9-4-08 | Dated: 9-4-08 |